ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:24-cr-00607-JST-1 |
| Plaintiff, | MOTION AND [PROPOSED] ORDER FOR SUMMONS |
| v. | |
| NAVDEEP KAUR, | |
| Defendant. | |

The government requests under Federal Rule of Criminal Procedure 58(d)(3) that the Court issue a summons for defendant NAVDEEP KAUR. The facts set forth in the declaration demonstrate probable cause that the defendant committed the crime charged in the Information filed in the above-captioned matter.

//

//

//

//

//

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS

1  A summons commanding the defendant to appear to answer the Information that has been filed
2  by the United States Attorney is therefore appropriate.

4  Dated: December 12, 2024            Respectfully submitted,

                                       ISMAIL J. RAMSEY
                                       United States Attorney

                                              /s/
                                       CYNTHIA JOHNSON
                                       Special Assistant United States Attorney

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS

```
 1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  CYNTHIA JOHNSON (CABN 328932)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340S
 6       Oakland, California 94612
         Telephone: (510) 637-3680
 7       FAX: (510) 637-3724
         Cynthia.Johnson@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 4:24-cr-00607-JST-1 |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER FOR SUMMONS |
| v. | ) |
| NAVDEEP KAUR, | ) |
| Defendant. | ) |

## **PROPOSED ORDER**

Having reviewed the Declaration of Cynthia Johnson, the Court finds that probable cause exists to believe that the offense charged in the Information filed in the above-captioned matter was committed and that the Defendant committed it. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant NAVDEEP KAUR, to appear on December 18, 2023, at 10:30 a.m. before Magistrate Judge Kandis A. Westmore to answer the Information that has been filed by the United States Attorney.

**IT IS SO ORDERED.**

Dated: _____                _____
                                        HON. KANDIS A. WESTMORE
                                        United States Magistrate Judge

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:24-cr-00607-JST-1 |
| Plaintiff, | DECLARATION OF CYNTHIA JOHNSON IN SUPPORT OF THE GOVERNMENT'S MOTION FOR SUMMONS |
| v. | |
| NAVDEEP KAUR | |
| Defendant. | |

I, Cynthia Johnson, hereby declare as follows:

1. I am a Special Assistant United States Attorney for the Northern District of California, and I am assigned to the prosecution of the above-captioned case. I received the following information from reports and other documents provided to me by the United States Postal Service, Office of Inspector General.

2. From April 22, 2023, to December 26, 2023, Navdeep KAUR was employed by the United States Postal Service in the Northern District of California. During that time, KAUR was observed committing mail theft in violation of 18 U.S.C. § 1709 (Embezzlement of Mail by a United States Postal Service Employee).

DECLARATION IN SUPPORT OF SUMMONS

3. On September 21, 2023, in KAUR's capacity as an employee with the post office, she admitted to stealing a large quantity of mail entrusted to her and intended for delivery.

4. Based on the above-listed facts, there is probable cause to believe that KAUR violated 18 U.S.C. § 1709 - Embezzlement of Mail by a United States Postal Service Employee, which is a felony.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed December 12, 2024 in Oakland, California.

DATED:   December 12, 2024         /s/ *Cynthia Johnson*
                                                          CYNTHIA JOHNSON

DECLARATION IN SUPPORT OF SUMMONS