CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAVDEEP KAUR,<br><br>Defendant. | NO. 24-CR-00607-JST<br><br>NOTICE OF DISMISSAL; [~~PROPOSED~~] ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Navdeep Kaur.

DATED: July 30, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JEFF MITCHELL
Chief, Criminal Division

/s/
ZACHARY M. GLIMCHER
Special Assistant United States Attorney

**ORDER**

Leave is granted to the government to dismiss the Information against Navdeep Kaur.

Date: August 3, 2026

HON. JON S. TIGAR
United States District Judge